1   LAW OFFICES OF BILL LATOUR
2   BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7   Attorney for Plaintiff

8               UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  DAVID CASWELL,                    )   No.  EDCV 11-00513
11                                    )
        Plaintiff,                    )   [PROPOSED] ORDER AWARDING
12                                    )   EAJA FEES
13      v.                            )
                                      )
14                                    )
    MICHAEL J. ASTRUE,                )
15  Commissioner Of Social Security,  )
16                                    )
        Defendant.                    )
17  _____ )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
    THOUSAND TWO HUNDRED DOLLARS AND 00/100 ($3,200.00) subject to the
21
    terms of the stipulation.
22
        DATE: 10/26/2012      _____
23
                              HON. PATRICK J. WALSH
24                            UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-